UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00288-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER TO DISMISS INDICTMENT</u> |
| | ) | <u>AND ARREST WARRANT</u> |
| CARLTON LAMONT LYNN | ) | |

This cause is before the Court on the government's Motion to Dismiss Indictment and Arrest Warrant. The Defendant has been charged and subsequently sentenced on similar charges in another court of law.

Therefore, for good cause shown, the indictment and arrest warrant against this Defendant are hereby dismissed.

This 10th day of July 2017.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE